# EXHIBIT 2



American General Life Insurance Company, a stock Company, referred to in this Policy as We/Us/Our, will pay the benefits of this Policy subject to its provisions. This page and the pages that follow are part of this Policy.

Signed at Our Home Office at , .

        Secretary                                  President

**READ YOUR POLICY**

This Policy is a legal contract between the Owner and American General Life Insurance Company. Read Your policy carefully.

**RIGHT TO RETURN POLICY**

**The Owner may return this Policy to Us at the above address or to the agent from whom it was purchased within 30 days after receipt. This Policy will then be cancelled as of its Date of Issue and any premium paid will be refunded.**

Renewable Level Benefit Term Life Policy                           Adjustable Premium
Premiums Payable During Term
Insurance Payable in Event of Death Prior to Expiry Date                  No Dividends
Conversion Option                                                           Re-Entry Option

07007                                     YH00877801                                   Page 1

# TABLE OF CONTENTS

| Page | Title of Provision |
|---|---|
| 9 | Assignment |
| 9 | Beneficiary |
| 9 | Change of Owner or Beneficiary |
| 10 | Claims of Creditors |
| 9 | Contract |
| 7 | Conversion Option |
| 9 | Correspondence |
| 5 | Definitions |
| 6 | Grace Period |
| 6 | Incontestability |
| 10 | Misstatement of Age or Sex |
| 9 | Nonparticipating |
| 9 | Owner |
| 6 | Payment of Proceeds |
| 10 | Payment Options |
| 12-14 | Payment Options Monthly Income Table |
| 9 | Policy Settlement |
| 3 | Policy Specifications |
| 6 | Premium Payment |
| 1 | Read Your Policy |
| 8 | Re-Entry Option |
| 7 | Reinstatement |
| 8 | Renewal Option |
| 7 | Right To Change Premium |
| 1 | Right To Return Policy |
| 3 | Schedule of Benefits and Premiums |
| 6 | Suicide |
| 4 | Table of Premiums |
| 6 | Termination |

See Supplemental Benefit Pages For Riders, If Any.

## POLICY SPECIFICATIONS

| | | | |
|---|---|---|---|
| Insured | Robert A Chevola | Policy Number | YH00877801 |
| Face Amount | $500,000 | Date of Issue | December 4, 2008 |
| Sex | MALE | Age at Issue | 47 |
| Underwriting Class | Preferred Plus Non-Tobacco | | |

## SCHEDULE OF BENEFITS AND PREMIUMS

| Benefits | Benefit Amounts | Annual Premium | Level Premium Period |
|---|---|---|---|
| Life Insurance | $500,000 | $1,135.00 | 30 Years* |
| Policy Fee | | $50.00 | |
| Total Initial Annual Premium | | $1,135.00 | |

Premiums payable other than annually are equal to a percentage of the annual premium and include additional premium charges. These percentages are shown on page 4. Premiums for this Policy are initially payable at Annual intervals. The first Annual premium is $1,185.00.

*Annual renewal premiums are shown in the Table of Premiums on page 4. On the thirtieth policy anniversary and any later policy anniversary We have a right to change the premium. See the Right To Change Premium provision.

**Expiry Dates.** The Initial Expiry Date is December 4, 2038. Subsequent expiry dates will occur at the end of each one year renewable term period. The Final Expiry Date is December 4, 2056.

**Conversion Option.** This policy may be exchanged for a new policy as specified in the Conversion Option provision. This option is available until the thirtieth policy anniversary, provided the insured is age 75 or less on the date of exchange.

**Re-Entry Option.** This policy may be exchanged for a new policy as specified in the Re-Entry Option provision. This option is available only on the thirtieth policy anniversary, provided that a renewable level term policy is available at the attained age of the insured at re-entry.

# TABLE OF PREMIUMS

| Policy Year | Current Annual Life Insurance Premium | Maximum Annual Life Insurance Premium | Policy Year | Current Annual Life Insurance Premium | Maximum Annual Life Insurance Premium |
|---|---|---|---|---|---|
| 1-30 | $1,135.00 | $1,135.00 | 40 | $155,875.00 | $155,875.00 |
| 31 | $70,090.00 | $70,090.00 | 41 | $170,865.00 | $170,865.00 |
| 32 | $77,365.00 | $77,365.00 | 42 | $186,730.00 | $186,730.00 |
| 33 | $85,720.00 | $85,720.00 | 43 | $203,230.00 | $203,230.00 |
| 34 | $92,410.00 | $92,410.00 | 44 | $220,190.00 | $220,190.00 |
| 35 | $102,340.00 | $102,340.00 | 45 | $235,840.00 | $235,840.00 |
| 36 | $112,520.00 | $112,520.00 | 46 | $252,750.00 | $252,750.00 |
| 37 | $123,790.00 | $123,790.00 | 47 | $271,630.00 | $271,630.00 |
| 38 | $136,110.00 | $136,110.00 | 48 | $295,650.00 | $295,650.00 |
| 39 | $142,005.00 | $142,005.00 | | | |

Premiums payable other than annually are computed by multiplying the applicable annual premium by the premium percentages shown below.

| Premium Interval | Premium Percentage |
|---|---|
| Semi-annual | 52.00% |
| Quarterly | 26.50% |
| Monthly (Pre-authorized checking) | 8.75% |

**DEFINITIONS**

**Company Reference.** "We", "Our", "Us", or "Company" means American General Life Insurance Company.

**"You", "Your."** The words "You" or "Your" mean the Owner of this Policy.

**Home Office.** Our office at , ; Mailing Address , .

**Written, In Writing.** A Written request or notice in acceptable form and content, which is signed and dated, and received at Our Home Office.

**Underwriting Class.** The Underwriting Class of this Policy is shown in the Policy Specifications as one of the following terms:

    **Preferred Plus.** The term "Preferred Plus" means the annual premium is based on the Insured being an exceptional mortality risk and a non-user of tobacco and other products that contain nicotine.

    **Preferred Non-Tobacco.** The term "Preferred Non-Tobacco" means the annual premium is based on the Insured being a significantly better than average mortality risk and a non-user of tobacco and other products that contain nicotine.

    **Standard Plus.** The term "Standard Plus" means the annual premium is based on the Insured being a better than average mortality risk and a non-user of tobacco and other products that contain nicotine.

    **Standard Non-Tobacco.** The term "Standard Non-Tobacco" means the annual premium is based on the Insured being an average mortality risk and a non-user of tobacco and other products that contain nicotine.

    **Preferred Tobacco.** The term "Preferred Tobacco" means the annual premium is based on the Insured being a better than average mortality risk and a user of tobacco and other products that contain nicotine.

    **Standard Tobacco.** The term "Standard Tobacco" means the annual premium is based on the Insured being an average mortality risk and a user of tobacco and other products that contain nicotine.

    **Special Non-Tobacco.** The term "Special Non-Tobacco" means "Substandard" or "Rated". This means an extra premium is being charged due to the Insured's health, occupation or avocation and the Insured is a non-user of tobacco and other products that contain nicotine.

    **Special Tobacco.** The term "Special Tobacco" means "Substandard" or "Rated". This means an extra premium is being charged due to the Insured's health, occupation or avocation and the Insured is a user of tobacco and other products that contain nicotine.

**Age or attained age** means the Insured's age nearest birthday at the beginning of a policy year.

**Level Premium Period** is the period of time during which premiums cannot change. The Level Premium Period is shown on the Policy Specifications page.

**Policy months, policy years, and anniversaries.** The first policy year begins on the Date of Issue shown on the Policy Specifications page. Subsequent policy months, years and anniversaries will be measured from that date.

**PAYMENT OF PROCEEDS**

We will pay the face amount of this policy in a lump sum or under a selected Payment Option to the beneficiary if the Insured dies prior to the Final Expiry Date and while this policy is in force.

Within 60 days upon receipt of due proof of the Insured's death, We will pay the beneficiary the face amount. We will add to the face amount the part of any premium paid for the period beyond the policy month in which the Insured's death occurs. If death occurs during the grace period of an unpaid premium, an amount equal to one month's premium will be deducted from the proceeds.

Due proof of the Insured's death will consist minimally of Our Company claim form completed by the beneficiary and a certified copy of the death certificate of the Insured.

Interest as required by law will be added to the proceeds payable under this Policy.

**SUICIDE**

In the event of the suicide of the Insured, while sane or insane, within two years from the Date of Issue, Our liability will be limited to the premiums paid.

**INCONTESTABILITY**

Except for nonpayment of premiums, We will not contest this Policy after it has been in force during the lifetime of the Insured for two years from the Date of Issue.

We will not contest a reinstatement after the reinstatement has been in force during the lifetime of the Insured for two years from the date of reinstatement. If We contest a reinstatement, We will contest only statements made in the reinstatement application.

**PREMIUM PAYMENT**

The first premium is due on the Date of Issue and is payable at Our Home Office or to an authorized agent. Insurance will not take effect before this premium is paid. Later premiums are due and payable at the intervals and for the period shown on Policy Specifications page, while the Insured is alive. Later premiums may be sent to Our Home Office or given to an authorized agent in exchange for a receipt signed by one of Our Officers. With Our consent, premiums may be paid at other intervals.

Any premium, after the first, not paid on or before its due date will be in default. Such due date will be the date of default.

**GRACE PERIOD**

A 31 day Grace Period, without interest charge, is allowed for the payment of each premium after the first. This Policy will stay in force during this period. If the premium is not paid before the end of the Grace Period, insurance will end and this Policy will lapse.

**TERMINATION**

This policy will terminate on the earliest of:

1. The death of the Insured;
2. The Owner's Written request to terminate this policy;
3. The end of the Grace Period of an unpaid premium; or
4. The Final Expiry Date.

## REINSTATEMENT

If this Policy lapses, it may be reinstated within five years after the date of default. We will require the Insured to submit evidence of insurability which is satisfactory to Us.

Reinstatement will also be subject to payment of the premium for the Grace Period with interest at the rate of 6% per year compounded annually plus the premium due for the current policy month.

## RIGHT TO CHANGE PREMIUM

We reserve the right to change the annual premium for this Policy on the policy anniversary specified on Policy Specifications page and on any later policy anniversary, subject to the following terms:

1.  The annual premium will not exceed the applicable maximum annual premium shown on page 4.

2.  Any change in premium will apply to all Insureds with the same benefits and provisions who have the same date of issue, age at issue, sex and Underwriting Class. We will not change the premium because of a change in an Insured's health, occupation or avocation.

3.  Any change in premium will take effect only after 30 days' prior notice to the Owner of this Policy.

4.  Any change in premium will be based on changes in Our expectations of future investment earnings, mortality, persistency, administrative and maintenance expenses, premium taxes, corporate income taxes or interest rates. We will not recoup prior losses, if any, nor distribute prior gains, by changing the premium.

5.  Any change in premium will be determined in accordance with procedures and standards on file with the Insurance Department.

This provision does not apply to any rider attached to this Policy.

## CONVERSION OPTION

This option is available by written request at any time during the period specified on the Policy Specifications page.

We will make a permanent individual life policy available for exchange. We or one of Our affiliated Companies will issue the permanent individual policy. This Policy may be exchanged for such policy on the Insured if no premium is in default and the Insured does not qualify for waiver of premium benefits under this Policy. We will not require the Insured to submit evidence of insurability. The date of exchange will be the date requested by the Owner.

The new policy will be issued as of the date of exchange based on the Insured's age on that date and the premium rate then in use. The face amount of the new policy may not exceed the face amount of this Policy on the date of exchange. The Insured's Underwriting Class will be based on the Underwriting Class of this Policy. The suicide and contestable periods of the new policy will be measured from the Date of Issue of this Policy.

Any benefits or riders in force under this Policy on the date of exchange and available for use with the new policy will be included in the new policy and will be subject to Our then current rules and rates. Any rider not in force under this Policy may be included in the new policy only with Our consent.
07007 YH00877801 Page 7

**RENEWAL OPTION**

This Policy may be renewed without evidence of insurability on each expiry date for an additional renewal term period. Renewal premiums are shown on page 4.

The first premium for a new term will be due at the end of the previous term. This Policy will renew if this premium is paid within the grace period. Premiums for the new term will be due and payable at the intervals shown on the Policy Specifications page.

No term period will extend beyond the Final Expiry Date shown on the Policy Specifications page.

**RE-ENTRY OPTION**

If a renewable level term policy is available at the attained age of the insured at re-entry, then this option will be available.

This option is available only on the Policy Anniversary specified on the Policy Specifications page. We agree to exchange this Policy for a new renewable level term policy on the life of the Insured. We will require evidence of insurability satisfactory to Us. Such evidence will be paid for by Us and will be based on Our then current underwriting rules.

Exchange will be subject to the following terms:

1. A properly completed application must be submitted to Us within 60 days prior to the date of exchange, along with payment of the first premium for the new policy.

2. This Policy must be in full force and all premiums due prior to the date of exchange must be paid. Insurance under this Policy will cease when this Policy is exchanged.

3. The age at issue for the new policy will be the age of the Insured on the date of exchange.

4. The new policy will be on the same plan of insurance as this Policy. Alternatively, the Owner may elect any other plan with a shorter renewable term period then being issued on this Policy form. The Date of Issue of the new policy will be the date of exchange. The face amount of the new policy may not exceed the face amount of this Policy and must meet or exceed the minimum then in effect for the plan elected.

5. Any benefits or riders in force under this Policy on the date of exchange will be included in the new policy and will be subject to Our then current rules and rates.

6. The new policy will not have a suicide provision.

7. The contestable period of the new policy will start on the date of exchange, with respect to the evidence of insurability used to qualify the Insured for the new policy. However, We may contest only the difference between the face amount of the new policy and the face amount that the premium for the new policy, excluding the premium for any riders, would have purchased on the date of exchange had this Policy remained in force.

8. The premium rates for the new policy will be Our then current rates applicable to a new purchase of the plan elected.

**NONPARTICIPATING**

This Policy does not pay dividends.

**OWNER**

The Owner is as shown in the application unless changed. The Owner has all rights under this Policy while the Insured is alive. These rights are subject to the consent of any living irrevocable beneficiary.

**BENEFICIARY**

The beneficiary or beneficiaries are as shown in the application unless changed. If no beneficiary survives the Insured, the Owner or the estate of the Owner will be the beneficiary. However, if a trust is the Owner and no beneficiary survives the Insured, the estate of the Insured will be the beneficiary.

**CHANGE OF OWNER OR BENEFICIARY**

While this Policy is in force the Owner may change the beneficiary or ownership by Written notice to Us. When We record the change, it will take effect as of the date the Owner signed the notice, subject to any payment We make or other action We take before recording.

**CORRESPONDENCE**

Any request, notice or proof shall be filed with Our Home Office.

**ASSIGNMENT**

No assignment of this Policy will be binding on Us until filed with Us In Writing and recorded by Us. No assignment will affect any payment We made before We recorded the assignment. We will not be responsible for the validity of an assignment.

All rights of the Owner and any revocable beneficiary are subject to the rights of any assignee on record with Us.

**POLICY SETTLEMENT**

In any settlement We may require the return of this Policy.

**THE CONTRACT**

The entire contract consists of this Policy, any riders and endorsements, the attached copy of the original application and any amendments or supplemental applications.

All statements in an application are representations and not warranties. No statement will be used to void this Policy or to void a claim unless it appears in an application or amendment which is attached to and made part of this Policy.

This Policy may not be changed, nor may any of Our rights or requirements be waived, except In Writing by one of Our authorized officers.

## MISSTATEMENT OF AGE OR SEX

If the Insured's age or sex has been misstated, any death benefit payable by Us will be what the premiums paid would have bought at the Insured's correct age and sex.

## CLAIMS OF CREDITORS

All payments under this Policy are exempt from the claims of creditors to the extent permitted by law. Payments may not be assigned or withdrawn without Our consent before becoming payable.

## PAYMENT OPTIONS

Proceeds of less than $5,000 will be paid in one lump sum. Proceeds of $5,000 or more may be paid under an option. When proceeds are placed under an option the payee will receive a settlement contract. The date of the contract will be the date the proceeds become payable. The Owner may choose the option only while the Insured is living. After the death of the Insured, the beneficiary may choose the option if proceeds are payable in one sum. Payment options for death proceeds must be chosen within six months after the Insured's death. Payment options for other proceeds must be chosen within two months of the date they are payable. All elections must be filed with Us In Writing. Payments may be requested at 1, 3, 6 or 12 month intervals. Each payment must be at least $50. Each payee must be a living person receiving payments in his own right.

The interest rate for options 1, 2 and 3 will be declared by Us each year. This rate will never be less than 2% per year. For options 1 and 3 any interest in excess of 2% will be used to increase payment amounts; for option 2 any excess interest will be used to lengthen the payment period.

For options 4, 5, 6 and 7 the payments will be based on rates declared by Us from time to time. These rates will be 3 1/2% less than the published rates in effect for immediate annuities on the date of the settlement contract. Payments under these rates will never be less than the amount according to the tables of minimum monthly income on pages 12, 13 and 14. The rates in the tables are derived from a projection of the Annuity 2000 Mortality Table, and an annual interest rate of 2%.

**Option 1. Interest.** We will hold the proceeds on deposit. Interest will be paid while the payee is living. Sums of $500 or more may be withdrawn up to four times a year.

**Option 2. Specified Income.** We will pay a stated income amount until the proceeds, with interest on the unpaid balance, are used up. The income each year may not be less than 10% of the proceeds.

**Option 3. Income for Specified Period.** We will pay an income for a stated period, up to 30 years.

**Option 4. Life Income with Guaranteed Period.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period may be 10, 15 or 20 years.

**Option 5. Life Income without Guaranteed Period.** We will pay an income for the payee's lifetime. Payments will end at the death of the payee. However, if the payee dies within one year of the date of the settlement contract, payments will be continued to a contingent payee until 10 years from the date of the settlement contract.

**Option 6. Life Income with Installment Refund.** We will pay an income for a guaranteed period and for the rest of the payee's life. The guaranteed period is the period required for the sum of income payments to equal the proceeds applied.

**Option 7. Joint Life Income with 2/3 to Survivor.** We will pay an income while both payees are living. When one payee dies We will pay 2/3 of the income for the rest of the survivor's life. However, if one payee dies within one year from the date of the settlement contract, income will be paid to the survivor thereafter as if the survivor had chosen option 5 on the date of the settlement contract.

**Payment Provisions.** The first payment under options 2, 3, 4, 5, 6 or 7 will be due as of the date of the settlement contract. The first payment under option 1 will be due at the end of the first interest period. If any payments remain under an option at the death of the payee, or at the death of the surviving payee in regard to option 7, the amount stated below will be paid in one sum to the payee's executors or administrators, unless otherwise directed in the election of the option:

**Option 1.** Any amount left on deposit with accrued interest.

**Option 2.** The unpaid balance of proceeds with accrued interest.

**Option 3.** The commuted value, based on interest at 2% per year, of any future income payments for the stated guaranteed period.

**Options 4, 5, 6 or 7.** The commuted value of any future income payments for the stated guaranteed period, based on interest as follows:

1. if payments are made according to the tables of minimum monthly income on pages 12, 13 and 14, 2% per year; or

2. if payments are based on the published rates in effect for immediate annuities, the interest rate shown in the settlement contract.

**Evidence of Age and Survival.** We may require due proof of age and continued survival of a payee under options 4, 5, 6 or 7.

**Special Agreements.** Policy proceeds may be paid in any other manner agreed to by Us.

## TABLE OF MINIMUM MONTHLY INCOME FOR FEMALE
## UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

| OPTION 3 INCOME FOR SPECIFIED PERIOD | | AGE AT FIRST PAYMENT | OPTION 4 LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|---|---|
| Year | Income | | 10 Years | 15 Years | 20 Years | | |
| 1 | $84.09 | 5 and under | 2.07 | 2.07 | 2.07 | 2.07 | 2.08 |
| 2 | $42.46 | 6 | 2.08 | 2.08 | 2.08 | 2.08 | 2.09 |
| 3 | $28.59 | 7 | 2.09 | 2.09 | 2.09 | 2.09 | 2.10 |
| 4 | $21.65 | 8 | 2.10 | 2.10 | 2.10 | 2.10 | 2.11 |
| 5 | $17.49 | 9 | 2.11 | 2.11 | 2.11 | 2.11 | 2.12 |
| 6 | $14.72 | 10 | 2.13 | 2.13 | 2.12 | 2.13 | 2.13 |
| 7 | $12.74 | 11 | 2.14 | 2.14 | 2.14 | 2.14 | 2.14 |
| 8 | $11.25 | 12 | 2.15 | 2.15 | 2.15 | 2.15 | 2.15 |
| 9 | $10.10 | 13 | 2.16 | 2.16 | 2.16 | 2.16 | 2.16 |
| 10 | $9.18 | 14 | 2.18 | 2.18 | 2.17 | 2.18 | 2.18 |
| 11 | $8.42 | 15 | 2.19 | 2.19 | 2.19 | 2.19 | 2.19 |
| 12 | $7.80 | 16 | 2.20 | 2.20 | 2.20 | 2.20 | 2.21 |
| 13 | $7.26 | 17 | 2.22 | 2.22 | 2.22 | 2.22 | 2.22 |
| 14 | $6.81 | 18 | 2.23 | 2.23 | 2.23 | 2.23 | 2.24 |
| 15 | $6.42 | 19 | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 |
| 16 | $6.07 | 20 | 2.26 | 2.26 | 2.26 | 2.27 | 2.27 |
| 17 | $5.77 | 21 | 2.28 | 2.28 | 2.28 | 2.28 | 2.28 |
| 18 | $5.50 | 22 | 2.30 | 2.30 | 2.30 | 2.30 | 2.30 |
| 19 | $5.26 | 23 | 2.32 | 2.31 | 2.31 | 2.32 | 2.32 |
| 20 | $5.04 | 24 | 2.33 | 2.33 | 2.33 | 2.34 | 2.34 |
| 21 | $4.85 | 25 | 2.35 | 2.35 | 2.35 | 2.35 | 2.36 |
| 22 | $4.67 | 26 | 2.37 | 2.37 | 2.37 | 2.37 | 2.37 |
| 23 | $4.51 | 27 | 2.39 | 2.39 | 2.39 | 2.39 | 2.39 |
| 24 | $4.36 | 28 | 2.41 | 2.41 | 2.41 | 2.41 | 2.42 |
| 25 | $4.22 | 29 | 2.44 | 2.43 | 2.43 | 2.44 | 2.44 |
| 26 | $4.10 | 30 | 2.46 | 2.46 | 2.45 | 2.46 | 2.46 |
| 27 | $3.98 | 31 | 2.48 | 2.48 | 2.48 | 2.48 | 2.48 |
| 28 | $3.87 | 32 | 2.51 | 2.50 | 2.50 | 2.51 | 2.51 |
| 29 | $3.77 | 33 | 2.53 | 2.53 | 2.53 | 2.53 | 2.53 |
| 30 | $3.68 | 34 | 2.56 | 2.56 | 2.55 | 2.56 | 2.56 |
| | | 35 | 2.59 | 2.58 | 2.58 | 2.59 | 2.59 |
| | | 36 | 2.61 | 2.61 | 2.61 | 2.62 | 2.62 |
| | | 37 | 2.64 | 2.64 | 2.64 | 2.65 | 2.65 |
| | | 38 | 2.67 | 2.67 | 2.67 | 2.68 | 2.68 |
| | | 39 | 2.71 | 2.70 | 2.70 | 2.71 | 2.71 |
| | | 40 | 2.74 | 2.74 | 2.73 | 2.74 | 2.74 |
| | | 41 | 2.78 | 2.77 | 2.76 | 2.78 | 2.78 |
| | | 42 | 2.81 | 2.81 | 2.80 | 2.82 | 2.82 |
| | | 43 | 2.85 | 2.85 | 2.84 | 2.85 | 2.86 |
| | | 44 | 2.89 | 2.88 | 2.87 | 2.90 | 2.90 |
| | | 45 | 2.93 | 2.93 | 2.91 | 2.94 | 2.94 |
| | | 46 | 2.98 | 2.97 | 2.96 | 2.98 | 2.98 |
| | | 47 | 3.02 | 3.01 | 3.00 | 3.03 | 3.03 |
| | | 48 | 3.07 | 3.06 | 3.04 | 3.08 | 3.08 |
| | | 49 | 3.12 | 3.11 | 3.09 | 3.13 | 3.13 |
| | | 50 | 3.17 | 3.16 | 3.14 | 3.18 | 3.18 |
| | | 51 | 3.23 | 3.21 | 3.19 | 3.24 | 3.23 |
| | | 52 | 3.29 | 3.27 | 3.24 | 3.30 | 3.29 |
| | | 53 | 3.35 | 3.33 | 3.29 | 3.36 | 3.35 |
| | | 54 | 3.41 | 3.39 | 3.35 | 3.42 | 3.42 |
| | | 55 | 3.48 | 3.45 | 3.41 | 3.49 | 3.48 |
| | | 56 | 3.55 | 3.52 | 3.47 | 3.57 | 3.55 |
| | | 57 | 3.62 | 3.59 | 3.53 | 3.64 | 3.63 |
| | | 58 | 3.70 | 3.66 | 3.60 | 3.72 | 3.71 |
| | | 59 | 3.78 | 3.74 | 3.66 | 3.81 | 3.79 |
| | | 60 | 3.86 | 3.81 | 3.73 | 3.90 | 3.88 |
| | | 61 | 3.96 | 3.90 | 3.80 | 3.99 | 3.97 |
| | | 62 | 4.05 | 3.99 | 3.87 | 4.10 | 4.07 |
| | | 63 | 4.15 | 4.08 | 3.95 | 4.21 | 4.17 |
| | | 64 | 4.26 | 4.17 | 4.02 | 4.32 | 4.28 |
| | | 65 | 4.37 | 4.27 | 4.10 | 4.44 | 4.39 |
| | | 66 | 4.49 | 4.37 | 4.17 | 4.57 | 4.51 |
| | | 67 | 4.62 | 4.48 | 4.25 | 4.71 | 4.64 |
| | | 68 | 4.75 | 4.58 | 4.32 | 4.87 | 4.78 |
| | | 69 | 4.89 | 4.70 | 4.40 | 5.03 | 4.92 |
| | | 70 | 5.04 | 4.81 | 4.47 | 5.20 | 5.07 |
| | | 71 | 5.20 | 4.93 | 4.54 | 5.39 | 5.23 |
| | | 72 | 5.36 | 5.04 | 4.60 | 5.59 | 5.40 |
| | | 73 | 5.53 | 5.16 | 4.66 | 5.81 | 5.58 |
| | | 74 | 5.71 | 5.28 | 4.71 | 6.04 | 5.76 |
| | | 75 | 5.90 | 5.39 | 4.76 | 6.29 | 5.95 |
| | | 76 | 6.09 | 5.50 | 4.81 | 6.57 | 6.15 |
| | | 77 | 6.28 | 5.61 | 4.85 | 6.86 | 6.36 |
| | | 78 | 6.48 | 5.71 | 4.88 | 7.18 | 6.57 |
| | | 79 | 6.69 | 5.80 | 4.92 | 7.52 | 6.78 |
| | | 80 | 6.89 | 5.89 | 4.94 | 7.89 | 6.99 |
| | | 81 and over | 7.09 | 5.96 | 4.96 | 8.29 | 7.21 |

MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.

## TABLE OF MINIMUM MONTHLY INCOME FOR MALE
## UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

| OPTION 3 INCOME FOR SPECIFIED PERIOD | | AGE AT FIRST PAYMENT | OPTION 4 LIFE INCOME WITH GUARANTEED PERIOD | | | OPTION 5 LIFE INCOME WITHOUT GUARANTEED PERIOD | OPTION 6 LIFE INCOME WITH INSTALLMENT REFUND |
|---|---|---|---|---|---|---|---|
| Year | Income | | 10 Years | 15 Years | 20 Years | | |
| 1 | $84.09 | 5 and under | 2.11 | 2.11 | 2.10 | 2.11 | 2.11 |
| 2 | $42.46 | 6 | 2.12 | 2.12 | 2.12 | 2.12 | 2.12 |
| 3 | $28.59 | 7 | 2.13 | 2.13 | 2.13 | 2.13 | 2.13 |
| 4 | $21.65 | 8 | 2.14 | 2.14 | 2.14 | 2.14 | 2.15 |
| 5 | $17.49 | 9 | 2.15 | 2.15 | 2.15 | 2.15 | 2.16 |
| 6 | $14.72 | 10 | 2.17 | 2.17 | 2.16 | 2.17 | 2.17 |
| 7 | $12.74 | 11 | 2.18 | 2.18 | 2.18 | 2.18 | 2.18 |
| 8 | $11.25 | 12 | 2.19 | 2.19 | 2.19 | 2.19 | 2.20 |
| 9 | $10.10 | 13 | 2.21 | 2.21 | 2.20 | 2.21 | 2.21 |
| 10 | $9.18 | 14 | 2.22 | 2.22 | 2.22 | 2.22 | 2.22 |
| 11 | $8.42 | 15 | 2.24 | 2.23 | 2.23 | 2.24 | 2.24 |
| 12 | $7.80 | 16 | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 |
| 13 | $7.26 | 17 | 2.27 | 2.26 | 2.26 | 2.27 | 2.27 |
| 14 | $6.81 | 18 | 2.28 | 2.28 | 2.28 | 2.28 | 2.28 |
| 15 | $6.42 | 19 | 2.30 | 2.30 | 2.29 | 2.30 | 2.30 |
| 16 | $6.07 | 20 | 2.32 | 2.31 | 2.31 | 2.32 | 2.32 |
| 17 | $5.77 | 21 | 2.33 | 2.33 | 2.33 | 2.33 | 2.34 |
| 18 | $5.50 | 22 | 2.35 | 2.35 | 2.35 | 2.35 | 2.35 |
| 19 | $5.26 | 23 | 2.37 | 2.37 | 2.37 | 2.37 | 2.37 |
| 20 | $5.04 | 24 | 2.39 | 2.39 | 2.39 | 2.39 | 2.39 |
| 21 | $4.85 | 25 | 2.41 | 2.41 | 2.41 | 2.41 | 2.41 |
| 22 | $4.67 | 26 | 2.43 | 2.43 | 2.43 | 2.43 | 2.43 |
| 23 | $4.51 | 27 | 2.45 | 2.45 | 2.45 | 2.46 | 2.46 |
| 24 | $4.36 | 28 | 2.48 | 2.47 | 2.47 | 2.48 | 2.48 |
| 25 | $4.22 | 29 | 2.50 | 2.50 | 2.49 | 2.50 | 2.50 |
| 26 | $4.10 | 30 | 2.52 | 2.52 | 2.52 | 2.53 | 2.53 |
| 27 | $3.98 | 31 | 2.55 | 2.55 | 2.54 | 2.55 | 2.55 |
| 28 | $3.87 | 32 | 2.58 | 2.57 | 2.57 | 2.58 | 2.58 |
| 29 | $3.77 | 33 | 2.60 | 2.60 | 2.60 | 2.61 | 2.61 |
| 30 | $3.68 | 34 | 2.63 | 2.63 | 2.62 | 2.63 | 2.64 |
| | | 35 | 2.66 | 2.66 | 2.65 | 2.67 | 2.67 |
| | | 36 | 2.69 | 2.69 | 2.68 | 2.70 | 2.70 |
| | | 37 | 2.73 | 2.72 | 2.72 | 2.73 | 2.73 |
| | | 38 | 2.76 | 2.76 | 2.75 | 2.77 | 2.77 |
| | | 39 | 2.80 | 2.79 | 2.78 | 2.80 | 2.80 |
| | | 40 | 2.84 | 2.83 | 2.82 | 2.84 | 2.84 |
| | | 41 | 2.87 | 2.87 | 2.85 | 2.88 | 2.88 |
| | | 42 | 2.92 | 2.91 | 2.89 | 2.92 | 2.92 |
| | | 43 | 2.96 | 2.95 | 2.93 | 2.96 | 2.96 |
| | | 44 | 3.00 | 2.99 | 2.97 | 3.01 | 3.01 |
| | | 45 | 3.05 | 3.04 | 3.02 | 3.06 | 3.05 |
| | | 46 | 3.10 | 3.08 | 3.06 | 3.11 | 3.10 |
| | | 47 | 3.15 | 3.13 | 3.11 | 3.16 | 3.15 |
| | | 48 | 3.20 | 3.18 | 3.15 | 3.21 | 3.21 |
| | | 49 | 3.25 | 3.23 | 3.20 | 3.27 | 3.26 |
| | | 50 | 3.31 | 3.29 | 3.25 | 3.33 | 3.32 |
| | | 51 | 3.37 | 3.35 | 3.31 | 3.39 | 3.38 |
| | | 52 | 3.43 | 3.41 | 3.36 | 3.45 | 3.44 |
| | | 53 | 3.50 | 3.47 | 3.42 | 3.52 | 3.51 |
| | | 54 | 3.57 | 3.53 | 3.47 | 3.59 | 3.58 |
| | | 55 | 3.64 | 3.60 | 3.53 | 3.67 | 3.65 |
| | | 56 | 3.72 | 3.67 | 3.60 | 3.75 | 3.73 |
| | | 57 | 3.80 | 3.74 | 3.66 | 3.83 | 3.81 |
| | | 58 | 3.88 | 3.82 | 3.72 | 3.92 | 3.89 |
| | | 59 | 3.97 | 3.90 | 3.79 | 4.02 | 3.98 |
| | | 60 | 4.06 | 3.98 | 3.86 | 4.12 | 4.08 |
| | | 61 | 4.16 | 4.07 | 3.92 | 4.22 | 4.18 |
| | | 62 | 4.26 | 4.16 | 3.99 | 4.33 | 4.28 |
| | | 63 | 4.37 | 4.25 | 4.06 | 4.46 | 4.39 |
| | | 64 | 4.49 | 4.34 | 4.13 | 4.58 | 4.51 |
| | | 65 | 4.61 | 4.44 | 4.20 | 4.72 | 4.63 |
| | | 66 | 4.73 | 4.54 | 4.27 | 4.87 | 4.76 |
| | | 67 | 4.86 | 4.64 | 4.34 | 5.02 | 4.89 |
| | | 68 | 5.00 | 4.75 | 4.40 | 5.19 | 5.03 |
| | | 69 | 5.14 | 4.85 | 4.47 | 5.36 | 5.18 |
| | | 70 | 5.29 | 4.95 | 4.53 | 5.55 | 5.33 |
| | | 71 | 5.44 | 5.06 | 4.59 | 5.75 | 5.48 |
| | | 72 | 5.60 | 5.16 | 4.64 | 5.96 | 5.65 |
| | | 73 | 5.76 | 5.27 | 4.69 | 6.18 | 5.81 |
| | | 74 | 5.92 | 5.37 | 4.74 | 6.42 | 5.98 |
| | | 75 | 6.09 | 5.47 | 4.78 | 6.67 | 6.16 |
| | | 76 | 6.27 | 5.56 | 4.82 | 6.94 | 6.34 |
| | | 77 | 6.44 | 5.66 | 4.86 | 7.23 | 6.53 |
| | | 78 | 6.62 | 5.74 | 4.89 | 7.54 | 6.72 |
| | | 79 | 6.80 | 5.82 | 4.92 | 7.86 | 6.90 |
| | | 80 | 6.98 | 5.90 | 4.94 | 8.22 | 7.10 |
| | | 81 and over | 7.16 | 5.97 | 4.96 | 8.59 | 7.28 |

MINIMUM INCOME AMOUNTS PAYABLE OTHER THAN MONTHLY WILL BE FURNISHED ON REQUEST.

# TABLE OF MINIMUM MONTHLY INCOME UNDER PAYMENT OPTIONS FOR EACH $1,000 OF PROCEEDS

## OPTION 7 - JOINT LIFE INCOME WITH TWO THIRDS TO SURVIVOR

| Female | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 |
|---|---|---|---|---|---|---|---|---|---|
| Male | | | | | | | | | |
| 40 | 2.79 | 2.89 | 2.99 | 3.09 | 3.21 | 3.33 | 3.47 | 3.61 | 3.76 |
| 41 | 2.81 | 2.91 | 3.01 | 3.12 | 3.24 | 3.37 | 3.51 | 3.66 | 3.81 |
| 42 | 2.83 | 2.93 | 3.03 | 3.15 | 3.27 | 3.40 | 3.55 | 3.70 | 3.86 |
| 43 | 2.85 | 2.95 | 3.06 | 3.18 | 3.30 | 3.44 | 3.59 | 3.74 | 3.91 |
| 44 | 2.86 | 2.97 | 3.08 | 3.21 | 3.34 | 3.48 | 3.63 | 3.79 | 3.96 |
| 45 | 2.88 | 2.99 | 3.11 | 3.23 | 3.37 | 3.51 | 3.67 | 3.84 | 4.01 |
| 46 | 2.90 | 3.01 | 3.13 | 3.26 | 3.40 | 3.55 | 3.72 | 3.89 | 4.07 |
| 47 | 2.92 | 3.04 | 3.16 | 3.30 | 3.44 | 3.59 | 3.76 | 3.94 | 4.12 |
| 48 | 2.94 | 3.06 | 3.19 | 3.33 | 3.48 | 3.64 | 3.81 | 3.99 | 4.18 |
| 49 | 2.96 | 3.08 | 3.21 | 3.36 | 3.51 | 3.68 | 3.86 | 4.05 | 4.25 |
| 50 | 2.98 | 3.10 | 3.24 | 3.39 | 3.55 | 3.72 | 3.91 | 4.11 | 4.31 |
| 51 | 3.00 | 3.12 | 3.27 | 3.42 | 3.59 | 3.77 | 3.96 | 4.17 | 4.38 |
| 52 | 3.02 | 3.15 | 3.29 | 3.45 | 3.63 | 3.81 | 4.01 | 4.23 | 4.45 |
| 53 | 3.04 | 3.17 | 3.32 | 3.49 | 3.67 | 3.86 | 4.07 | 4.29 | 4.52 |
| 54 | 3.06 | 3.19 | 3.35 | 3.52 | 3.71 | 3.91 | 4.13 | 4.36 | 4.60 |
| 55 | 3.08 | 3.22 | 3.38 | 3.56 | 3.75 | 3.96 | 4.19 | 4.43 | 4.68 |
| 56 | 3.10 | 3.24 | 3.41 | 3.59 | 3.79 | 4.01 | 4.25 | 4.50 | 4.76 |
| 57 | 3.12 | 3.27 | 3.44 | 3.63 | 3.84 | 4.06 | 4.31 | 4.57 | 4.84 |
| 58 | 3.14 | 3.29 | 3.47 | 3.66 | 3.88 | 4.12 | 4.38 | 4.65 | 4.93 |
| 59 | 3.16 | 3.32 | 3.50 | 3.70 | 3.92 | 4.17 | 4.44 | 4.73 | 5.03 |
| 60 | 3.18 | 3.34 | 3.53 | 3.73 | 3.97 | 4.23 | 4.51 | 4.81 | 5.13 |
| 61 | 3.21 | 3.37 | 3.56 | 3.77 | 4.02 | 4.29 | 4.58 | 4.90 | 5.23 |
| 62 | 3.23 | 3.39 | 3.59 | 3.81 | 4.06 | 4.34 | 4.66 | 4.99 | 5.34 |
| 63 | 3.25 | 3.42 | 3.62 | 3.85 | 4.11 | 4.40 | 4.73 | 5.08 | 5.45 |
| 64 | 3.28 | 3.45 | 3.65 | 3.89 | 4.16 | 4.47 | 4.81 | 5.18 | 5.56 |
| 65 | 3.30 | 3.48 | 3.68 | 3.93 | 4.21 | 4.53 | 4.89 | 5.28 | 5.69 |
| 66 | 3.32 | 3.50 | 3.72 | 3.97 | 4.26 | 4.59 | 4.97 | 5.38 | 5.81 |
| 67 | 3.35 | 3.53 | 3.75 | 4.01 | 4.31 | 4.66 | 5.05 | 5.49 | 5.94 |
| 68 | 3.37 | 3.56 | 3.78 | 4.05 | 4.36 | 4.72 | 5.13 | 5.59 | 6.08 |
| 69 | 3.40 | 3.59 | 3.82 | 4.09 | 4.41 | 4.78 | 5.22 | 5.70 | 6.22 |
| 70 | 3.42 | 3.62 | 3.85 | 4.13 | 4.46 | 4.85 | 5.30 | 5.82 | 6.37 |
| 71 | 3.45 | 3.65 | 3.88 | 4.17 | 4.51 | 4.92 | 5.39 | 5.93 | 6.51 |
| 72 | 3.47 | 3.68 | 3.92 | 4.21 | 4.56 | 4.98 | 5.48 | 6.05 | 6.67 |
| 73 | 3.50 | 3.70 | 3.95 | 4.25 | 4.61 | 5.05 | 5.57 | 6.17 | 6.82 |
| 74 | 3.53 | 3.73 | 3.98 | 4.29 | 4.66 | 5.11 | 5.65 | 6.29 | 6.98 |
| 75 | 3.55 | 3.76 | 4.02 | 4.33 | 4.71 | 5.18 | 5.74 | 6.41 | 7.15 |
| 76 | 3.58 | 3.79 | 4.05 | 4.37 | 4.76 | 5.24 | 5.83 | 6.53 | 7.31 |
| 77 | 3.60 | 3.82 | 4.08 | 4.41 | 4.81 | 5.31 | 5.92 | 6.65 | 7.48 |
| 78 | 3.63 | 3.85 | 4.12 | 4.45 | 4.86 | 5.37 | 6.01 | 6.78 | 7.66 |
| 79 | 3.65 | 3.88 | 4.15 | 4.49 | 4.91 | 5.44 | 6.10 | 6.90 | 7.83 |
| 80 | 3.68 | 3.90 | 4.18 | 4.53 | 4.96 | 5.50 | 6.18 | 7.03 | 8.01 |

# TERM CONVERSION OPTION ENDORSEMENT

has issued this endorsement as a part of the policy to which it is attached.

The Company may, from time to time, make an individual term life policy available for exchange. By Written request, the attached Policy may be exchanged such other term policy during the first two years from the Date of Issue shown on the Policy Specifications page.

We or one of Our affiliated Companies will issue the individual term policy. This Policy may be exchanged for such policy on the Insured if no premium is in default, the Insured does not qualify for disability income benefits and the Insured does not qualify for waiver of premium benefits under this Policy. We will not require the Insured to submit evidence of insurability. The date of exchange will be the date requested by the Owner.

The new term policy will be issued as of the date of exchange based on the Insured's age on that date and the premium rate then in use. The face amount of the new term policy may not exceed the face amount of this Policy on the date of exchange. The Insured's Underwriting Class will be based on the Underwriting Class of this Policy. The suicide and contestable periods of the new term policy will be measured from the Date of Issue of this Policy.

The new level premium term policy period must be equal to or greater than the period remaining for this Policy between the date of exchange and this Policy's thirtieth anniversary, subject to availability of such term period.

Any benefits or riders in force under this Policy on the date of exchange and available for use with the new term policy will be included in the new term policy and will be subject to Our then current rules and rates. Any rider not in force under this Policy may be included in the new term policy only with Our consent.

The effective date of this endorsement is this Policy's Date of Issue.

*Rod Schinnerer*

President

AGLC103527

Renewable Level Benefit Term Life Policy
Premiums Payable During Term
Insurance Payable in Event of Death Prior to Expiry Date
Conversion Option

Adjustable Premium

No Dividends
Re-Entry Option

07007                               YH00877801                               Last Page