# EXHIBIT 13

American General Life
Insurance Company
A member of American International Group, Inc. (AIG)
Life Claims 380S
P. O. Box 305800
Nashville, TN 37230-5800



May 5, 2017

ZACHARI CHEVOLA
2700 LANGENOUR PLACE
KANNAPOLIS NC 28081

Insured: ROBERT A CHEVOLA
Claim Number: 0017021751

We acknowledge receipt of your letter dated April 11, 2017. We understand that you are contesting the recent beneficiary change. Please provide us with documentation such as Hospitalization and Doctor information to confirm the mental capacity of the insured at the time of the beneficiary change so that this may be further reviewed.

If you have any additional questions, please let us know.

Life Claims
Phone Number (877) 800-2418
Fax Number (615) 749-2257