# EXHIBIT 17

# MORRIS, RUSSELL, EAGLE & WORLEY, PLLC
## Attorneys at Law

2235 GATEWAY ACCESS POINT, SUITE 201
RALEIGH, NORTH CAROLINA 27607

TELEPHONE: (919) 645-4300
FACSIMILE: (919) 510-6902

## FACSIMILE TRANSMITTAL RECORD

Date: Tuesday, 7/11/17                    Time: 10:17 AM

From:  David Morris ____    Ken Eagle ____    Ben Worley ____    Lucy Brewer ____

Jamie McCaskill ____    Cindy Oliver ____    Holly Mills ____    David Miller ____    Kimberly

Hunsucker ____    Ashley Summey ____    Barbara Biles ____    Derek Talada ____    Rhonda Manion ____

Jessica Del Toro _X_    Mike Shirley ____

To: __American General Life Insurance Company ATTN: LIFE CLAIMS__

Facsimile Number: (844) 434-7011    Telephone Number: _____

Document
Description: __Letter Dated July 11, 2017__

Number of Pages Including This Cover Sheet: __2__

Comments:

CONFIDENTIALITY NOTE: THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS SENT. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND MAIL THE ORIGINAL MESSAGE TO ME AT THE ADDRESS ABOVE. THANK YOU.

# MORRIS RUSSELL

MORRIS, RUSSELL, EAGLE & WORLEY, PLLC

ATTORNEYS AT LAW

Benjamin L. Worley
Email: bworley@morrisrussell.com
Direct: (919) 645-4302

2235 Gateway Access Point, Suite 201
Raleigh, North Carolina 27607

TELEPHONE (919) 645-4300
FAX (919) 510-6802
WWW.MORRISRUSSELL.COM

July 11, 2017

VIA Facsimile (844) 434-7011

American General Life Insurance Company
Attn: Life Claims

    RE: Insured Robert Chevola; Claim number 0017021751
    Policy # 11-YH00877801

Dear Sir/Madam:

    Please be aware that this law firm represents Zachary Chevola with respect to the above-referenced policy and claim numbers. Zachary Chevola is the rightful beneficiary to the amounts owed under the life insurance policy issued to Robert Chevola, as the change of beneficiary designation listing Shannon Chevola as the beneficiary of the policy was not valid.

    Please do not disburse any funds from this policy until further notice from me. If you have any questions, please do not hesitate to call.

    Sincerely,

    MORRIS RUSSELL EAGLE & WORLEY, PLLC

    Benjamin L. Worley
    (919) 645-4302 Direct
    bworley@morrisrussell.com

Cc: Zachary Chevola