UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Winston-Salem Division
Civil Action No. 1:17-cv-00713

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SHANNON CHEVOLA and ZACHARI CHEVOLA,<br><br>Defendants. | **PROPOSED ORDER GRANTING AMERICAN GENERAL LIFE INSURANCE COMPANY'S MOTION TO DEPOSIT FUNDS** |

On August 4, 2017, plaintiff American General Life Insurance Company ("American General") filed a complaint in interpleader and for declaratory relief. On August 8, 2017, American General also filed a motion to deposit the proceeds payable under the life insurance policy no. 11-YH00877810 issued to the late Robert Chevola ("Decedent"). The sum to be deposited with this Court is $500,000.00, plus accrued interest.

American General cannot determine to whom the death benefit is payable due to the actual and competing claims of defendants Shannon Chevola and Zachari Chevola as set forth in the complaint.

For good cause appearing, the Court hereby ORDERS as follows:

(1) American General is authorized to deposit the sum of $500,000.00, plus accrued interest, with the Clerk of the Court no later than thirty days from the date of this order.

(2) The Clerk of this Court shall deposit the sum of $500,000.00, plus accrued

interest, into an interest-bearing account until such time as the Court makes its order directing disbursement and distribution of these funds.

IT IS SO ORDERED.


Dated: _____
                                        UNITED STATES DISTRICT JUDGE
                                        FOR THE MIDDLE DISTRICT OF
                                        NORTH CAROLINA